# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN EASLEY, | ) |
| | ) No.   3:22-cv-135 |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) RICHARD A. LANZILLO |
| CRNP BLOOM, et al., | ) Chief United States Magistrate Judge |
| | ) |
| Defendants | ) |

## HEARING MEMO/MINUTE ENTRY

**Hearing Date:**         November 29, 2022
**Time started:**         10:30 a.m.
**Time concluded:**       11:50 a.m.
**Type of Conference:**   Evidentiary Hearing on Motion for TRO
**Reporter:**             Janis Ferguson
**Law Clerk:**            Jeff Grossett


**Counsel for Plaintiff**               **Counsel for Defendants**
Pro se                                   Scott A. Bradley (special appearance)


**Orders, Remarks, Instructions**

Evidentiary hearing held on Plaintiff's motion for temporary restraining order [ECF No. 14]. Defense counsel instructed to submit relevant mental health exhibits to the Court's staff by email for in camera review and filing under seal.  Motion taken under advisement.